United States District Court
Southern District of Texas
**ENTERED**
January 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SCOTT STAGGERT, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff ) | Case No.: 4:17-cv-02077 |
| ) | |
| vs. ) ) | |
| TEAM OIL TOOLS, LP, ) ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION TO DISMISS

The parties' Joint Motion to Dismiss all claims against Defendant Team Oil Tools, LP with Prejudice is GRANTED. Therefore, this case is hereby DISMISSED with prejudice and each party shall bear his or her own costs and attorney's fees.

Signed in Houston, Texas on this **11** day of **January**, 2019.

_____
**JUDGE PRESIDING**

- 3 -